# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| HDR HOLDING, INC., *et al.* [1] | Case No.:  19-11396 (MFW) |
| Debtors. | (Joint Administration Requested) |

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**Date and Time of Hearing:  JUNE 25, 2019 AT 2:00 P.M. (ET)**

**Location:       UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM
NO. 4, WILMINGTON, DELAWARE 19801**

## PETITIONS AND RELATED PLEADINGS

1.      Voluntary Chapter 11 Petitions
    A.      HDR Holding, Inc. [Case No. 19-11396]
    B.      Schramm, Inc. [Case No. 19-11397]

2.      Declaration of Craig Mayman in Support of Chapter 11 Petitions and First-Day Motions
[D.I. 2, 6/24/19]

## MATTERS GOING FORWARD

3.      Debtors' Motion for Entry of an Order Directing the Joint Administration of the Debtors'
Chapter 11 Cases [D.I. 3, 6/24/19]

    Status:      This matter is going forward.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
HDR Holding, Inc. (2015) and Schramm, Inc. (0480).  The Debtors' mailing address is 800 E. Virginia Ave., West
Chester, PA 19380.

4.      Debtors' Application for Entry of an Order Pursuant to 28 U.S.C. § 156(c) (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LC as the Claims and Noticing Agent to the Debtors, Effective *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief [D.I. 4, 6/24/19]

   Status:      This matter is going forward.

5.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief, Including Setting a Final Hearing Related Thereto [D.I. 5, 6/24/19]

   Status:      This matter is going forward with respect to the interim relief requested therein.

6.      Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, Authorizing (I) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With Insurance Programs, Including Payment of Policy Premiums; (II) Continuation of Insurance Premium Financing Programs; and (III) Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 6, 6/24/19]

   Status:      This matter is going forward with respect to the interim relief requested therein.

7.      Debtors' Motion Entry of an Order, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 7, 6/24/19]

   Status:      This matter is going forward.

8.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Obligations and (B) Maintain Employee Wages and Benefits Programs and Pay Related Obligations and (II) Authorizing the Banks to Honor and Process Related Checks and Electronic Transfers [D.I. 8, 6/24/19]

   Status:      This matter is going forward with respect to the interim relief requested therein.

9.      Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363, 1107(a), and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Pay Certain Pre-Petition Claims of Critical Vendors and (II) Authorizing and Directing Financial Institutions to Honor and Process Checks and Transfers Related to Such Claims [D.I. 9, 6/24/19]

        Status:   This matter is going forward with respect to the interim relief requested therein.

10.     Debtors' Motion for Entry of an Order Authorizing Debtors to Honor and Continue Certain Customer Programs and Customer Obligations in the Ordinary Course of Business [D.I. 10, 6/24/19]

        Status:   This matter is going forward.

11.     Debtors' Motion for Entry of Interim and Final Orders Authorizing (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; and (D) Continued Performance of Intercompany Transactions in the Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims [D.I. 11, 6/24/19]

        Status:   This matter is going forward with respect to the interim relief requested therein.

12.     Debtors' Motion for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rule 4001-2:  (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [D.I. 12, 6/24/19]

        A.      Declaration of Michael Fixler in Support of DIP Financing [D.I. 13, 6/24/19]

        Status:   This matter is going forward with respect to the interim relief requested therein.

01:24599516.1

Dated:  June 24, 2019

*/s/ Joseph M. Mulvihill*

Pauline K. Morgan (Bar No. 3650)
Sean T. Greecher (Bar No. 4484)
Joseph M. Mulvihill (Bar No. 6061)
Jared W. Kochenash (Bar No. 6557)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:     (302) 571-6600
Fax:     (302) 571-1253

*Proposed Counsel to Debtors and Debtors in Possession*

4